F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 16 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

**Fill in this information to identify your case:**

Debtor 1 _Vercey_ _Othel_ _Atcher_
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _18B 01173_
(If known)

☐ Check if this is an
   amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.

## Part 1:   Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code
   are you choosing to file under?

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. You may apply to pay the filing fee in up to
   four installments. Fill in the amounts you
   propose to pay and the dates you plan to
   pay them. Be sure all dates are business
   days. Then add the payments you propose
   to pay.

   You must propose to pay the entire fee no
   later than 120 days after you file this
   bankruptcy case. If the court approves your
   application, the court will set your final
   payment timetable.

   **You propose to pay...**

   $ _83.75_       ☐ With the filing of the
                      petition
                   ☑ On or before this date........  _02 - 15 - 2018_
                                                       MM  /  DD / YYYY

   $ _83.75_       On or before this date ..........  _03 - 17 - 2018_
                                                       MM  /  DD / YYYY

   $ _83.75_       On or before this date ..........  _04 - 16 - 2018_
                                                       MM  /  DD / YYYY

   + $ _83.75_     On or before this date ..........  _05 - 16 - 2018_
                                                       MM  /  DD / YYYY

   Total  $ _335.00_   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

## Part 2:   Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you
understand that:

▪ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition
  preparer, or anyone else for services in connection with your bankruptcy case.

▪ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your
  debts will not be discharged until your entire fee is paid.

▪ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings
  may be affected.

✗ _/ Atche_                          ✗ _____          ✗ _____
Signature of Debtor 1                  Signature of Debtor 2                Your attorney's name and signature, if you used one

Date _01-16-2018_                     Date _____               Date _____
     MM / DD / YYYY                        MM / DD / YYYY                      MM / DD / YYYY